# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHAD LARKIN and GENNY LARKIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JONATHAN DAY, PILGRIM FILMS & )<br>TELEVISION, LLC d/b/a PILGRIM )<br>MEDIA GROUP AND OPERATIONS, and )<br>DISCOVERY, INC., )<br>)<br>Defendant. ) | No. 2:18-cv-02636-TLP-dkv<br><br>JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT**. This action came before the Court on Plaintiffs' Complaint filed on September 17, 2018. (ECF No. 1.) After this Court referred the claims of Chad Larkin to arbitration, Genny Larkin's claims remained pending before the Court. Now, in accordance with the Stipulation of Dismissal filed by Genny Larkin and Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 67),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Genny Larkin's claims are **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 20, 2019
Date