UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CHAD LARKIN and GENNY LARKIN**

       **Plaintiffs,**                          **DOCKET NO.: 2:18-cv-02636**

**vs.**

**JONATHAN DAY a/k/a JJ DA BOSS,
PILGRIM FILMS & TELEVISION, L.L.C.
d/b/a PILGRIM MEDIA GROUP AND
OPERATIONS and DISCOVERY INC.,**

       **Defendants.**

---

### NOTICE OF SETTLEMENT

---

      Comes now the parties and give notice that the things and matters in controversy in this case have been compromised and settled. Pursuant to Local Rule 83.13. the parties give notice that this matter has been settled. The parties are in the process of completing the necessary paperwork to effectuate the settlement and will file the appropriate pleadings with the Court once the settlement process is completed. Pursuant to that agreement, the parties will submit a stipulated notice of dismissal in compliance with Fed. R. Civ. P. 41(a)(1)(A) and Local Rule 83.13.

                                                      Respectfully Submitted,

                                                      **THE COCHRAN FIRM MEMPHIS**

                                                      /s/Howard B. Manis
                                                      Howard B. Manis (BPR# 16202)
                                                      One Commerce Square, Suite 1700
                                                      Memphis, TN 38103
                                                      Telephone - (901) 523-1222
                                                      hmanis@cochranfirmmidsouth.com

David J. Weissman
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37219
dweissman@nashvilletnlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Appearance has been served, via First Class U. S. Mail, this 22ndday of January, 2020, as follows:

Randall J. Fishman
Joseph Horowitz
Ballin, Ballin & Fishman
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
rfishman@bbfpc.com
*Attorneys for Defendant Jonathan Day a/k/a JJ Da Boss*

Ronna D. Kinsella
Glassman, Wyatt, Tuttle & Cox, P.C.
26 N. Second Street
Memphis, TN 38103
(901) 521-0940
rkinsella@gwtclaw.com
*Attorneys for Defendants*
*Pilgrim Media Group & Discovery, Inc.*

/s/ Howard B. Manis
HOWARD B. MANIS (TNBPR #16202)