# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHAD LARKIN and GENNY LARKIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JONATHAN DAY, PILGRIM ) <br> OPERATIONS, LLC, formally listed as ) <br> Pilgrim Films & Television, L.L.C. d/b/a ) <br> Pilgrim Media Group and Operations, and ) <br> DISCOVERY, INC., ) <br> ) <br> Defendants. ) | No. 2:18-cv-02636-TLP-dkv <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on September 17, 2018. (ECF No. 1.) In accordance with the Agreed Stipulation of Dismissal (ECF No. 78), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

March 18, 2020
Date